# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EMRE DOGAN,

    Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

    Defendants.

Case No. 2:26-cv-01222-CDS-NJK

**ORDER**

[Docket No. 5]

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 5. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b).

The motion, Docket No. 5, is **GRANTED** subject to the following:

- No later than May 7, 2026, Plaintiff must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.
- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1