## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Emre Dogan,<br><br>               Plaintiff,<br><br>      v.<br><br>U.S. Citizenship and Immigration Service, *et al.*,<br><br>               Defendant. | Case No. 2:26-cv-01222-CDS-NJK<br>**Order Granting**<br>**Defendant's Motion for Extension of Time to File Response to Plaintiff's Complaint and Summons in a Civil Action**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1, and LR 26-3, the U.S. Citizenship and Immigration Service ("USCIS"), Markwayne Mullin, Todd Blanche (collectively, "Federal Defendants" or "USCIS") move for an order providing it with a sixty-day (60) extension of time, from June 25, 2026 to August 24, 2026, to submit its reply to Plaintiffs' Summons in a Civil Action (ECF No. 2), which was filed on April 23, 2026. The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A). On June 17, 2026, Defendant USCIS sought Plaintiffs' consent for the requested extension of time, but Plaintiff has not responded by the date of this Motion filing (June 22, 2026). There have not been any previous requests for such an extension of time.

This request would provide Federal Defendants with additional time to review and take appropriate action on Plaintiff's I-130 Petition for an Alien Relative application and potentially

resolve that application. This application is currently under review, and Federal Defendants anticipate it will be completed by the sixty-day (60) extension date of August 24, 2026. This will potentially serve to render the issue moot and eliminate burdening this Court with adjudication of this matter. This motion is brought in good faith and not for purposes of undue delay. This is the first request to extend Federal Defendants' responsive pleading deadline.

Respectfully submitted this 22nd day of June 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/Russell Webb*
RUSSELL WEBB
Assistant United States Attorney
*Attorneys for the Federal Respondents*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** June 23, 2026 _____

2